IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DEBORAH JUSTICE　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
*on behalf of*
A MINOR CHILD, D.A.J.

vs.　　　　　　　　　　Civil No. 6:07-cv-06022

MICHAEL J. ASTRUE　　　　　　　　　　　　　　　　　　　　DEFENDANT
Commissioner, Social Security Administration

### ORDER

Before the Court is the Report and Recommendation filed on May 16, 2008 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 10). Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. This Court hereby awards **$2,166.00** pursuant to the EAJA.

**IT IS SO ORDERED**, this 9th day of June, 2008.

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 0 9 2008

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK